[No. 14133-7-II.   Division Two.   April 27, 1992.]

PAMELA ATCHISON, ET AL, *Respondents*, v. AXEL
STRAND, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 87-2-02994-1, Thomas L. Lodge, J., entered
June 29, 1990. *Affirmed* by unpublished opinion per John-
son, J. Pro Tem., concurred in by Morgan, A.C.J., and Win-
sor, J. Pro Tem.

[No. 13824-7-II.   Division Two.   April 27, 1992.]

DORIS E. MCATEE, *Appellant*, v. THE CITY OF TACOMA,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 88-2-08669-4, E. Albert Morrison, J., entered
March 15, 1990. *Affirmed* by unpublished opinion per John-
son, J. Pro Tem., concurred in by Morgan, A.C.J., and Win-
sor, J. Pro Tem.

[No. 13517-5-II.   Division Two.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GARRY
MAURICE DEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 89-1-02942-3, Nile E. Aubrey, J., entered Janu-
ary 3, 1990. *Affirmed* by unpublished opinion per Callow, J.
Pro Tem., concurred in by Seinfeld, J., and Worswick, J. Pro
Tem.